GEORGE STOJACK, as Administrator of the Estate of MICHAEL STOJACK, Deceased, Appellant, *v.* ELLIS D. SMITH, Respondent.

(Argued June 2, 1933; decided July 11, 1933.)

*Rollin B. Sanford, John T. DeGraff* and *C. Bertrand Race* for appellant.

*Charles B. Sullivan* and *Warner M. Bouck* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.